# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN REYES-AGUILAR, | CV 12-08402-VBF |
| Petitioner, | JUDGMENT |
| v. | |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY et al., | |
| Respondents. | |

In accordance with the Court's Minute Order dismissing the habeas corpus petition and terminating the case, final judgment is hereby entered in favor of the respondents and against the petitioner.

DATED: 10/09/12

_____
Valerie Baker Fairbank
UNITED STATES DISTRICT JUDGE